## THE EVANSVILLE.
### No. 356.

District Court, S. D. Texas, Houston Division.
Oct. 24, 1935.

Arthur J. Mandell, of Houston, Tex., for libelant.

Fulbright, Crooker & Freeman, and Carl G. Stearns, all of Houston, Tex., for respondent.

KENNERLY, District Judge.

■ This is a proceeding in rem by libelant against the steamship Evansville to recover wages; libelant having been master of such steamship. Under Alabama Dry Dock & Shipbuilding Co. v. Foster (C.C.A.) 31 F.(2d) 394, Foster v. Alabama Dry Dock & Shipbuilding Co., 280 U.S. 555, 50 S.Ct. 16, 74 L.Ed. 611, and Warner v. Goltra, 293 U.S. 155, 55 S.Ct. 46, 79 L.Ed. 254, I think a master has no maritime lien for wages. It is not shown in this case that libelant has a lien under the laws of Texas.

■ Since libelant has no lien, this proceeding in rem may not be maintained, and it will be dismissed.